1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2762
   Facsimile:  (916) 554-2900
5

6  Attorneys for the United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 THE UNITED STATES OF AMERICA; THE            2: 14-CV-2407 KJM EFB
   STATES OF CALIFORNIA, COLORADO,
12 CONNECTICUT, DELAWARE, FLORIDA,              ORDER ON UNITED STATES'
   GEORGIA, HAWAII, ILLINOIS, INDIANA,          NOTICE OF ELECTION TO DECLINE
13 IOWA, LOUISIANA, MARYLAND,                    INTERVENTION
   MICHIGAN, MINNESOTA, MONTANA,
14 NEVADA, NEW JERSEY, NEW MEXICO,              **FILED UNDER SEAL**
   NEW YORK, NORTH CAROLINA,
15 OKLAHOMA, RHODE ISLAND,
   TENNESSEE, TEXAS, WASHINGTON, and
16 WISCONSIN; THE COMMONWEALTHS OF
   MASSACHUSETTS and VIRGINIA; and THE
17 DISTRICT OF COLUMBIA,

18 *ex rel.* MAX BENNETT,

19              Plaintiffs,

20      vs.

21 BIOTRONIK, INC.,

22              Defendant.

23

24      The United States having declined to intervene in this action pursuant to the False Claims

25 Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

26 IT IS ORDERED that,

27      1.   The complaint be unsealed and served upon the defendant by the relator;

28 ///

2.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

3.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4.  The parties shall serve all notices of appeal upon the United States;

5.  All orders of this Court shall be sent to the United States; and that

6.  Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.


IT IS SO ORDERED.

DATE:  March 2, 2015.

_____
UNITED STATES DISTRICT JUDGE